# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BENJAMIN J. FELDMAN,

    Petitioner,

vs.

MR. BACA, et al.,

    Respondents.

Case No. 3:13-cv-00566-RCJ-WGC

**ORDER**

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has not submitted an application to proceed in forma pauperis. He has submitted a letter (#3) stating that the filing fee was enclosed, but in fact the fee was not enclosed. Petitioner will need to resolve the financial situation before the action may proceed.

IT IS THEREFORE ORDERED petitioner shall file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

Dated: This 22nd day of October, 2013.

                                                                                  _____
                                                                                  ROBERT C. JONES
                                                                                  Chief United States District Judge